# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129825(41)

KENNETH KARACZEWSKI,
      Plaintiff-Appellee,

v

                          SC: 129825
                          COA: 256172

FARBMAN STEIN & COMPANY and
NATIONWIDE MUTUAL INSURANCE
COMPANY,
      Defendants-Appellants.

WCAC: 02-000480

_____

      On order of the Chief Justice, the motion by defendants-appellants for extension of time to file their reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

_____
Clerk